R#149558
$15.67

VIRGIL E. BROWN JR.
ATTORNEY AT LAW
2136 NOBLE ROAD
CLEVELAND, OHIO  44112
(216) 851-3304
FAX (216) 851-2900

December 18, 2009

Clerk of Court
United States Bankruptcy Court
201 Superior Avenue
Cleveland, Ohio  44113

Re: Holly Lynne Reaser
    Bankruptcy Case 05-90324

Pursuant to Bankruptcy Rule 3010 and/or Code Section 347 we
are submitting the enclosed small dividend check and/or
unclaimed funds for the above case:

Amount:                                    $ 15.67
Creditor:                        Verizon Wireless Midwest
                                     404 Block Drive
                                     Bloomington, IL  61701

Proof of Claim amount                      $1,273.81

 Check Number                              106

Please let us know if you have any questions.

Sincerely,

Virgil E. Brown, Jr.
VEB/mmb