R# 149558
$15.67

VIRGIL E. BROWN JR.
ATTORNEY AT LAW
2136 NOBLE ROAD
CLEVELAND, OHIO 44112
(216) 851-3304
FAX (216) 851-2900

December 18, 2009

Clerk of Court
United States Bankruptcy Court
201 Superior Avenue
Cleveland, Ohio 44113

Re: Holly Lynne Reaser
    Bankruptcy Case 05-90324

Pursuant to Bankruptcy Rule 3010 and/or Code Section 347 we are submitting the enclosed small dividend check and/or unclaimed funds for the above case:

| | |
|---|---|
| Amount: | $ 15.67 |
| Creditor: | Verizon Wireless Midwest<br>404 Block Drive<br>Bloomington, IL 61701 |
| Proof of Claim amount | $1,273.81 |
| Check Number | 106 |

Please let us know if you have any questions.

Sincerely,

Virgil E. Brown, Jr.
VEB/mmb